# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOVANTE DEVON MCCORD,<br><br>　　　　Defendant. | Case No. 3:21-cr-00035-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

　　　　A plea agreement was filed in this case at Docket 73. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1 of the Indictment, which charges a violation of Title 18, United States Code, Section 1951(a) – Interference with Commerce by Robbery; and Count 3 of the Indictment, which charges violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) – Felon in Possession of a Firearm; and admission to the Criminal Forfeiture Allegation.

　　　　Judge Scoble issued a Final Report and Recommendation at Docket 93, in which he recommended that the District Court accept Defendant's plea of guilty to

Counts 1 and 3 of the Indictment. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1 of the Indictment – Interference with Commerce by Robbery; and Count 3 of the Indictment – Felon in Possession of a Firearm and Defendant is adjudged GUILTY of Counts 1 and 3. An Imposition of Sentence hearing is scheduled for **April 8, 2022, at 9:30 a.m.** in Anchorage Courtroom 3.

DATED this 8th day of March, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No.3:21-cr-00035-SLG-MMS, *USA v. McCord*
Order re Final Report and Recommendation
Page 2 of 2
Case 3:21-cr-00035-SLG-MMS   Document 95   Filed 03/08/22   Page 2 of 2